IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                                   CRIMINAL NO. 2:11CR-00038-NBB-DAS

ERNEST LEVI GARNER, JR.,
a/k/a "LEE GARNER" and
RAYMOND LAMONT SHOEMAKER,
a/k/a "RAY SHOEMAKER"                                      DEFENDANTS

## **NOTICE OF ENDORSEMENT**

Pursuant to the ECF Administrative Procedures, I hereby certify that I endorse the inclusion of my signature on the following document [Doc. 305] Joint Motion which was filed electronically on September 30, 2015.

Motion to Continue Sentencing Hearing and for Setting on the Defendants Garner and Shoemaker's Motion for New Trial Based on Newly Discovered Evidence

                                                    s/*Michael A. Heilman*
                                                    Michael A. Heilman
                                                    Heilman Law Group, P.A.
                                                    Meadowbrook Office Park
                                                    4266 I-55 North, Suite 106
                                                    Jackson, Mississippi 39211
                                                    Tel: (601) 914-1025
                                                    Fax: (601) 960-4200
                                                    mheilman@heilmanlawgroup.com

Date: October 1, 2015

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 1, 2015 I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to all counsel of record.

                                              s/*Michael A. Heilman*
                                                Michael A. Heilman